IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Rivera, Roberto C | Case Number:  06 B 01579 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/19/08 | Filed:  2/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  July 11, 2008
Confirmed: April 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 25,306.99 | |
| Secured: | | 11,423.56 |
| Unsecured: | | 8,317.31 |
| Priority: | | 0.00 |
| Administrative: | | 3,084.20 |
| Trustee Fee: | | 1,271.20 |
| Other Funds: | | 1,210.72 |
| Totals: | 25,306.99 | 25,306.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 3,084.20 | 3,084.20 |
| 2. | Winhood Credit Union | Secured | 7,886.58 | 7,886.58 |
| 3. | WFS Financial | Secured | 1,943.98 | 1,943.98 |
| 4. | Winhood Credit Union | Secured | 1,593.00 | 1,593.00 |
| 5. | RoundUp Funding LLC | Unsecured | 340.56 | 340.56 |
| 6. | Capital One | Unsecured | 314.49 | 314.49 |
| 7. | WFS Financial | Unsecured | 23.10 | 23.10 |
| 8. | B-Line LLC | Unsecured | 315.04 | 0.00 |
| 9. | B-Line LLC | Unsecured | 4,088.84 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 7,639.16 | 7,639.16 |
| 11. | St Mary of Nazareth Hospital | Unsecured | | No Claim Filed |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | City Of Chicago | Unsecured | | No Claim Filed |
| 14. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | St Francis Hospital | Unsecured | | No Claim Filed |
| 17. | Park Dansan | Unsecured | | No Claim Filed |
| 18. | Park Dansan | Unsecured | | No Claim Filed |
| 19. | St Mary of Nazareth Hospital | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,228.95 | $ 22,825.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 189.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rivera, Roberto C

Printed:  8/19/08

Case Number:  06 B 01579
Judge:  Hollis, Pamela S
Filed:  2/21/06

|  |  |
|---:|---:|
| 5% | 148.00 |
| 4.8% | 200.82 |
| 5.4% | 711.71 |
| 6.5% | 21.09 |
|  | _____ |
|  | $ 1,271.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____